**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

DARRELL ROBERT INGRAM,           )
                                 )
    Petitioner,              )
                                 )
v.                               )     CASE NO. CV414-140
                                 )
WARDEN DOUG WILLIAMS,            )
                                 )
    Respondent.              )
                                 )

## O R D E R

Before the Court is Petitioner's Motion for Reconsideration. (Doc. 8.) After careful consideration, the Court can find no reason to disturb its prior order. Accordingly, Petitioner's Motion for Reconsideration is **DENIED.**

SO ORDERED this 13th day of April 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____ M
4\13 20 15

Deputy Clerk